## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLEN PRESBURY, SR.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 19-1791** |
| | : | |
| **JOHN WETZEL, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 5th day of June 2019, upon considering Plaintiff's amended Complaint

(ECF Doc. No. 7), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.     Plaintiff's amended Complaint (ECF Doc. No. 7) is **DISMISSED with prejudice**

for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) and amendment is futile; and,

2.     The Clerk of Court shall **close** this case.

_____
KEARNEY, J.